ACCEPTED
15-24-00077-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/17/2024 11:16 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00077-CV

# In the Court of Appeals
## for the Fifteenth Judicial District
## Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/17/2024 11:16:00 AM
CHRISTOPHER A. PRINE
Clerk

THE STATE OF TEXAS,

*Appellant*,

*v.*

THE CITY OF AUSTIN; KIRK PRESTON WATSON, MAYOR OF AUSTIN; PAIGE ELLIS, MAYOR PRO TEM OF AUSTIN; NATASHA HARPER-MADISON, VANESSA FUENTES, JOSE VELASQUEZ, JOSE "CHITO" VELA, RYAN ALTER, MACKENZIE KELLY, LESLIE POOL, ZOHAIB "ZO" QADRI, AND ALISON ALTER, MEMBERS OF THE CITY COUNCIL OF AUSTIN; T.C. BROADNAX, CITY MANAGER OF AUSTIN; AND LISA DAVIS, CHIEF OF POLICE OF AUSTIN; IN THEIR OFFICIAL CAPACITIES,

*Appellees.*

On Appeal from the
419th Judicial District Court, Travis County

## UNOPPOSED MOTION TO RESET ORAL ARGUMENT

Pursuant to Texas Rules of Appellate Procedure 10.5(c), the State of Texas moves to reset the oral argument in this appeal from January 15, 2025, to a later submission date.

### I.

The Court has set this appeal for submission and oral argument on Wednesday, January 15, 2025, at 9:00 A.M.

## II.

Lead counsel for the State, Cory Scanlon, is scheduled to appear before the Texas Supreme Court and present oral argument on behalf of the Texas Comptroller of Public Accounts in *In re Carlson*, No. 24-0081, the following day, January 16, 2025.

## III.

To ameliorate the hardship presented by having the arguments scheduled on consecutive days, the State respectfully requests that this Court reset this appeal for oral argument on a later submission date. *See* Tex. R. App. P. 10.5(c).

## IV.

Appellees do not oppose this request.

# Prayer

The State of Texas respectfully requests that the Court grant this motion and reset this appeal for submission and oral argument on a later submission date.

Respectfully submitted.

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Aaron L. Nielson
Solicitor General

/s/ Cory A. Scanlon
Cory A. Scanlon
Assistant Solicitor General
State Bar No. 24104599
Cory.Scanlon@oag.texas.gov

Counsel for the State of Texas

# Certificate of Conference

I conferred with Hannah Vahl, lead counsel for Appellees, regarding this motion. She advised that the motion is unopposed.

/s/ Cory A. Scanlon
Cory A. Scanlon

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Cory Scanlon
Bar No. 24104599
nancy.villarreal@oag.texas.gov
Envelope ID: 95397256
Filing Code Description: Motion
Filing Description: 2024 1217 Mot postpone argument_Final
Status as of 12/17/2024 11:20 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Briana Nicholson | | briana.nicholson@austintexas.gov | 12/17/2024 11:16:00 AM | SENT |
| Anne Morgan | 14432400 | morgananne62@aol.com | 12/17/2024 11:16:00 AM | SENT |
| Meghan Riley | 24049373 | meghan.riley@austintexas.gov | 12/17/2024 11:16:00 AM | SENT |
| Sara Schaefer | 24086598 | sara.schaefer@austintexas.gov | 12/17/2024 11:16:00 AM | SENT |
| Brandon Mickle | 24123140 | Brandon.mickle@austintexas.gov | 12/17/2024 11:16:00 AM | SENT |
| Hannah Vahl | | hannah.vahl@austintexas.gov | 12/17/2024 11:16:00 AM | SENT |
| Jessica Martinez | | jessica.martinez4@austintexas.gov | 12/17/2024 11:16:00 AM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 12/17/2024 11:16:00 AM | SENT |
| Cory Scanlon | | cory.scanlon@oag.texas.gov | 12/17/2024 11:16:00 AM | SENT |